UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.   CRIMINAL ACTION NO. 2:01-00253

**JEFFREY TOMPA**

## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On July 9, 2009, the United States of America appeared by Erik S. Goes, Assistant United States Attorney, and the defendant, Jeffrey Tompa, appeared in person and by his counsel, Lex A. Coleman, Assistant Federal Public Defender, for a hearing on the petition on supervised release and amendments thereto submitted by United States Probation Officer Teresa L. Eggerud, the defendant having commenced a twenty-month term of supervised release in this action on August 29, 2008, as more fully set forth in the Supervised Release Revocation and Judgment order entered by the court on February 6, 2008.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) that the defendant used hydrocodone without a prescription as evidenced by positive urine screens submitted by him on November 5 and December 16, 2008, and March 5, 2009, the defendant having verbally admitted to hydrocodone use on May 21, 2009, at which time he also signed a voluntary admission form; (2) that the defendant tested positive for amphetamine and marijuana as evidenced by a positive urine specimen submitted by him on May 6, 2009; (3) that the defendant used marijuana as evidenced by a positive urine specimen submitted by him on June 23, 2009, at which time he verbally admitted abuse; (4) that the defendant, without permission, took his mother's lawnmower and pawned it; and (5) that the defendant, without authorization, obtained $300 from the checking account of his father; all as admitted by him on the record of the hearing and as set forth in the petition on supervised release and amendments thereto.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of

supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, on the basis of the original offense, the intervening conduct of the defendant and after considering the factors set forth in 18 U.S.C. § 3553(a), that the defendant is in need of correctional treatment which can most effectively be provided if he is confined, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of EIGHT (8) MONTHS.

The defendant was remanded to the custody of the United States Marshal.

<u>Recommendation</u>:  The court recommends that the defendant be afforded substance abuse counseling and treatment.

**The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.**

DATED:  July 9, 2009

_____
John T. Copenhaver, Jr.
United States District Judge